## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PARNELL, a candidate for Pennsylvania's 17th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania; and LUKE NEGRON, a candidate for Pennsylvania's 18th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALLEGHENY COUNTY BOARD OF ELECTIONS; RICH FITZGERALD, in his official capacity as County Executive of Allegheny County and as a member of the Allegheny County Board of Elections; SAMUEL DeMARCO III, in his official capacity as a member of the Allegheny County Board of Elections; and BETHANY HALLAM, in her official capacity as a member of the Allegheny County Board of Elections,<br><br>        Defendants. | CIVIL ACTION<br><br>Case No.: 2:20-cv-1570<br><br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER** |

### MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs, Sean Parnell and Luke Negron, by and through their undersigned counsel, move this Court to issue a Temporary Restraining Order, pursuant to Federal Rules of Civil Procedure, Rule 65(b), to enjoin Defendants, Allegheny County Board of Elections, Rich Fitzgerald, in his capacity as County Executive, Samuel DeMarco, III, in his capacity as a member of the Allegheny County Board of Elections, and Bethany Hallam, in her capacity as a member of the Allegheny County Board of Elections, from denying poll watchers access to Allegheny County's Satellite Voting Offices.

1

The motion for temporary restraining order is supported by Plaintiffs' Complaint for Declaratory and Injunctive Relief filed Contemporaneously with this motion. Plaintiffs request an expedited hearing.

                                        Respectfully Submitted,

                                        **DILLON, MCCANDLESS, KING,**
                                        **COULTER & GRAHAM, LLP**

                                        **Special Counsel for the Amistad Project of the Thomas More Society**

Dated: <u>October 16, 2020</u>               By: <u>/s/ Thomas W. King, III</u>
                                                            Thomas W. King, III
                                                            PA. I.D. No. 21580
                                                            Thomas E. Breth
                                                            PA. I.D. No. 66350
                                                            Jordan P. Shuber
                                                           PA. I.D. No. 317823

                                        *Counsel for Plaintiffs, Sean Parnell and Luke Negron*