## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PARNELL, a candidate for Pennsylvania's 17th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania; and LUKE NEGRON, a candidate for Pennsylvania's 18th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania,<br><br>    Plaintiffs,<br><br> v.<br><br>ALLEGHENY COUNTY BOARD OF ELECTIONS; RICH FITZGERALD, in his official capacity as County Executive of Allegheny County and as a member of the Allegheny County Board of Elections; SAMUEL DeMARCO III, in his official capacity as a member of the Allegheny County Board of Elections; and BETHANY HALLAM, in her official capacity as a member of the Allegheny County Board of Elections,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No.:  2:20-cv-1570<br><br>**NOTICE OF HEARING** |

### NOTICE OF HEARING

Plaintiffs, Sean Parnell and Luke Negron, by and through their undersigned counsel, will bring on for hearing their Motion for a Temporary Restraining Order before a United States District Court Judge for the U.S. District Court for the Western District of Pennsylvania, at a time and place to be determined by the Court.

1

2

                                                                                                   Respectfully Submitted,

                                          **DILLON, MCCANDLESS, KING,**
                                          **COULTER & GRAHAM, LLP**

                                          **Special Counsel for the Amistad Project of the Thomas More Society**

Dated: <u>October 16, 2020</u>          By: <u>/s/ Thomas W. King, III</u>
                                                          Thomas W. King, III
                                                          PA. I.D. No. 21580
                                                          Thomas E. Breth
                                                          PA. I.D. No. 66350
                                                          Jordan P. Shuber
                                                          PA. I.D. No. 317823

                                        *Counsel for Plaintiffs, Sean Parnell and Luke Negron*