# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PARNELL, a candidate for Pennsylvania's 17th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania; and LUKE NEGRON, a candidate for Pennsylvania's 18th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLEGHENY COUNTY BOARD OF ELECTIONS; RICH FITZGERALD, in his official capacity as County Executive of Allegheny County and as a member of the Allegheny County Board of Elections; SAMUEL DeMARCO III, in his official capacity as a member of the Allegheny County Board of Elections; and BETHANY HALLAM, in her official capacity as a member of the Allegheny County Board of Elections,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>Case No.: 2:20-cv-1570 |

## STATUS REPORT

1. On October 21, 2020, the parties met and conferred per the Court's Order. [ECF 11].

2. The parties had two conference calls and exchanged proposed language.

3. The parties were unable to reach an agreement.

4. As a result, the parties agreed to submit separate Proposed Orders of Court for the Court's consideration.

1

Respectfully Submitted,

**DILLON, MCCANDLESS, KING, COULTER & GRAHAM, LLP**

**Special Counsel for the Amistad Project of the Thomas More Society**

Dated: October 22, 2020

By: /s/ Thomas W. King, III
    Thomas W. King, III
    PA. I.D. No. 21580
    Thomas E. Breth
    PA. I.D. No. 66350
    Jordan P. Shuber
    PA. I.D. No. 317823

*Counsel for Plaintiffs, Sean Parnell and Luke Negron*