# RESOLUTION OF THE BOARD OF ELECTIONS OF
# ALLEGHENY COUNTY, PENNSYLVANIA

**WHEREAS**, Pennsylvania law permits the Allegheny County Board of Elections, through its Division of Elections, to have multiple offices for the operation and conduct of election matters throughout Allegheny County; and

**WHEREAS**, the Allegheny County Division of Elections, in conjunction with the Department of Administrative Services and IT Department, has developed a plan to provide for additional Election Division offices with each office having the necessary technology and security for registered electors to both vote at that location (over the counter) and to return already voted mail-in/absentee ballots; and

**WHEREAS**, the Allegheny County Board of Elections finds that adoption of the plan to provide for additional Elections Division offices is necessary to make voter participation in the upcoming election more convenient and safer.

**NOW, THEREFORE, BE IT RESOLVED** by the Allegheny County Board of Elections as follows:

1. To make in-person return of already voted mail-in/absentee ballots as convenient and safe as possible, the following additional Election Division offices with the schedule of locations, dates and hours of operation listed below are hereby established:

Saturday, October 10 – Hours: 9 AM to 5 PM
1. County Office Building
2. North Park Ice Rink
3. South Park Ice Rink
4. DPW Garage # 2 (Carnegie)
5. CCAC Homewood

Sunday, October 11 – Hours: 11 AM to 7 PM
1. County Office Building
2. North Park Ice Rink
3. South Park Ice Rink
4. DPW Garage # 2 (Carnegie)
5. CCAC Homewood

Saturday, October 17 – Hours: 9 AM to 5 PM
1. County Office Building

Sunday, October 18 – Hours: 11 AM to 7 PM
1. County Office Building

<table>
<tr><td>

2. South Park Ice Rink
3. CCAC South
4. Boyce Park Ski Lodge
5. Shop 'n Save Hill District

</td><td>

2. South Park Ice Rink
3. CCAC South
4. Boyce Park Ski Lodge
5. Shop 'n Save Hill District

</td></tr>
<tr><td>

<u>Saturday, October 24 – Hours: 9 AM to 5 PM</u>
1. County Office Building
2. Boyce Park Ski Lodge
3. CCAC South
4. CCAC Allegheny
5. North Park Ice Rink

</td><td>

<u>Sunday, October 25 – Hours: 11 AM to 7 PM</u>
1. County Office Building
2. Boyce Park Ski Lodge
3. CCAC South
4. CCAC Allegheny
5. North Park Ice Rink

</td></tr>
</table>

2. Each additional Election Division office will have access to the Statewide Uniform Registry of Electors (SURE) system and will be staffed by county employees. Each additional office shall be equipped to accommodate over-the-counter voting and ballot return and will serve voters regardless of where they live in the County.

**RESOLVED AND ENACTED** by the Board of Elections of Allegheny County Pennsylvania, this 17th day of September, 2020

Attest:                                              Board of Election of Allegheny County


_____           _____
Allan J. Opsitnick                              Rich Fitzgerald
Assistant County Solicitor                Chairperson