COMMONWEALTH OF PENNSYLVANIA  :
: ss.
COUNTY OF ALLEGHENY  :

## AFFIDAVIT

1. My name is Brian O. Chew and I live in Mt. Lebanon, Allegheny County, Pennsylvania.

2. I am a registered voter, more than 18 years of age, and registered as a member of the Republican Party.

3. On Wednesday, October 14, 2020, I appeared at the Allegheny County Elections Division Offices located in the County Office Building, 542 Forbes Avenue, Room 604, Pittsburgh, Pennsylvania, and delivered the attached letter, marked Exhibit "A," to "Kristen", an employee of the aforesaid Office, and requested a Poll Watcher's Certificate as set forth in the attached letter.

4. I was advised that Poll Watcher's Certificates were not available and have not yet been printed.

5. I was unable to obtain a Poll Watcher's Certificate for the purposes set forth in the communication attached.

I verify that the statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief. I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct, under 28 U.S.C. Section 1746, relating to unsworn declarations under penalty of perjury.

And I will ever pray,

_____
Brian O. Chew

Date: October 14, 2020.

# DILLON McCANDLESS KING COULTER & GRAHAM L.L.P.
### ATTORNEYS AT LAW

THOMAS W. KING III
JAMES P. COULTER
DONALD P. GRAHAM
MICHAEL D. HNATH
MATTHEW F. MARSHALL
THOMAS E. BRETH
RONALD T. ELLIOTT

ANDREA C. PARENTI
PATRICK V. HAMMONDS
ELIZABETH A. GRIBIK
JOHN J. BENCH
JORDAN P. SHUBER
ROBERT W. GALBRAITH
DILLON A. MEEDER
ANTHONY COSGROVE

THOMAS J. MAY, Of Counsel
MARY JO DILLON, Of Counsel

128 WEST CUNNINGHAM STREET
BUTLER, PENNSYLVANIA 16001

(724) 283-2200
FACSIMILE (724) 283-2298

CRANBERRY OFFICE:

600 CRANBERRY WOODS DR., STE. 175
CRANBERRY TWP., PA 16066
(724) 776-6644
FACSIMILE (724) 776-6608

October 14, 2020

Mr. Brian Chew
Mt. Lebanon, Pennsylvania

Re: Republican Party of Pennsylvania

Dear Mr. Chew:

I am writing as the General Counsel to the Republican Party of Pennsylvania.

We request that you obtain a Poll Watcher's Certificate from Allegheny County immediately for the purpose of serving as a Poll Watcher at the "Satellite" office in Allegheny County where voting is on-going.

Please present this letter to the Election Bureau in Allegheny County and obtain a Poll Watcher's Certificate for said purposes.

If there any questions, I can be reached on my cell phone at 724-679-1019.

Thank you.

Very truly yours,

Thomas W. King, III

TWK:ksb



EXHIBIT A

COMMONWEALTH OF PENNSYLVANIA    :
                                :   ss.
COUNTY OF ALLEGHENY             :

## AFFIDAVIT

1. My name is Jay R. Hagerman and I live in Hampton Township, Allegheny County, Pennsylvania.

2. I am a registered voter, more than 18 years of age, and registered as a member of the Republican Party.

3. On Thursday, October 15, 2020, I appeared at the Allegheny County Elections Division Offices located in the County Office Building, 542 Forbes Avenue, Room 604, Pittsburgh, Pennsylvania, and delivered the attached letter, marked Exhibit "A," to a female employee of the aforesaid Office, and requested a Poll Watcher's Certificate as set forth in the attached letter.

4. I was advised that Poll Watcher's Certificates were not available and have not yet been printed.

5. I was unable to obtain a Poll Watcher's Certificate for the purposes set forth in the communication attached.

I verify that the statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief. I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct, under 28 U.S.C. Section 1746, relating to unsworn declarations under penalty of perjury.

And I will ever pray,

_____
Jay R. Hagerman

Date: October 16, 2020.

# DILLON McCANDLESS KING COULTER & GRAHAM L.L.P.
### ATTORNEYS AT LAW

THOMAS W. KING III
JAMES P. COULTER
DONALD P. GRAHAM
MICHAEL D. HNATH
MATTHEW F. MARSHALL
THOMAS E. BRETH
RONALD T. ELLIOTT

ANDREA C. PARENTI
PATRICK V. HAMMONDS
ELIZABETH A. GRIBIK
JOHN J. BENCH
JORDAN P. SHUBER
ROBERT W. GALBRAITH
DILLON A. MEEDER
ANTHONY COSGROVE

THOMAS J. MAY, Of Counsel
MARY JO DILLON, Of Counsel

128 WEST CUNNINGHAM STREET
BUTLER, PENNSYLVANIA 16001

(724) 283-2200
FACSIMILE (724) 283-2298

CRANBERRY OFFICE:

600 CRANBERRY WOODS DR., STE. 175
CRANBERRY TWP., PA 16066
(724) 776-6644
FACSIMILE (724) 776-6608

October 14, 2020

jrh@a-h.law
Jay R. Hagerman, Esquire
Abernethy & Hagerman
4499 Mt. Royal Boulevard
Allison Park, PA 15101

Re:   Republican Party of Pennsylvania

Dear Mr. Hagerman:

I am writing as the General Counsel to the Republican Party of Pennsylvania.

We request that you obtain a Poll Watcher's Certificate from Allegheny County immediately for the purpose of serving as a Poll Watcher at the "Satellite" office in Allegheny County where voting is on-going.

Please present this letter to the Election Bureau in Allegheny County and obtain a Poll Watcher's Certificate for said purposes.

If there any questions, I can be reached on my cell phone at 724-679-1019.

Thank you.

Very truly yours,

Thomas W. King, III

TWK:ksb



EXHIBIT A