# ALLEGHENY COUNTY
ALWAYS INSPIRING

**FOR IMMEDIATE RELEASE**
September 11, 2020

**Contact:** Amie M. Downs
412-350-3711 (office)
412-327-3700 (cell)
amie.downs@alleghenycounty.us

## Elections Board to Consider Proposal for Additional Offices
*Secure, Accessible Sites to Provide Over-the-Counter Voting, Return of Voted Ballots*

**PITTSBURGH –** The Board of Elections will be conducting a virtual meeting on Thursday, September 17 at 2:00 p.m. to review plans for the 2020 Presidential Election. The Elections Division will be presenting a plan to the board for its consideration which proposes additional offices only open on specific dates and times leading up to the November 3 election. The recommendation is being made because of concerns related to the pandemic and to ensure that voters have additional safe and accessible options to vote over-the-counter or return their voted ballots.

"Since the June election, we have focused on improving our processes, confirming polling locations, recruiting, assigning and training poll workers, and taking additional measures to further strengthen the integrity of the election system," said Dave Voye, Elections Division Manager. "We have also heard clearly that voters remain concerned about COVID and their own health and welfare. With that in mind, we have worked on this proposed plan, consistent with guidance from the Pennsylvania Department of State, that will provide additional options for voters to engage in the democratic process."

The proposed plan will be discussed in detail at the September 17 meeting, but proposes board offices and hours as follows:

Saturday, October 10 – Hours: 9 AM to 5 PM
- County Office Building
- North Park Ice Rink
- South Park Ice Rink
- DPW Garage # 2 (Carnegie)
- CCAC Homewood

Sunday, October 11 – Hours: 11 AM to 7 PM
- County Office Building
- North Park Ice Rink
- South Park Ice Rink
- DPW Garage # 2 (Carnegie)
- CCAC Homewood

Saturday, October 17 – Hours: 9 AM to 5 PM
- County Office Building
- South Park Ice Rink
- CCAC South
- Boyce Park Ski Lodge
- Shop 'n Save Hill District

Sunday, October 18 – Hours: 11 AM to 7 PM
- County Office Building
- South Park Ice Rink
- CCAC South
- Boyce Park Ski Lodge
- Shop 'n Save Hill District

Saturday, October 24 – Hours: 9 AM to 5 PM
- County Office Building
- Boyce Park Ski Lodge
- CCAC South
- CCAC Allegheny
- North Park Ice Rink

Sunday, October 25 – Hours: 11 AM to 7 PM
- County Office Building
- Boyce Park Ski Lodge
- CCAC South
- CCAC Allegheny
- North Park Ice Rink

Each office will have access to the Statewide Uniform Registry of Electors (SURE) system and will be staffed by county employees. Offices will be able to accommodate over-the-counter voting and ballot return and will serve voters regardless of where they live in the county. As a result, the over-the-counter voting will likely take longer than going to a typical polling place on Election Day, though voters will be able to return their previously applied-for and voted ballots quickly. Voters are encouraged to

EXHIBIT "C"

apply now for mail-in and absentee ballots rather than waiting and can do so online at https://votespa.com/ApplyMailBallot.

The public may view the meeting at https://bit.ly/35re12Z. Anyone wishing to address the board must submit their comments in writing prior to 2 p.m. on Wednesday, September 16, 2020 to BOE@AlleghenyCounty.us and they will be read into the record.

# # #

Jerry Tyskiewicz, Director
**Department of Administrative Services – Division of Elections**
604 County Office Building │ 542 Forbes Avenue │ Pittsburgh, PA 15219
Phone: 412-350-4500 │ Fax: 412-350-5697
www.alleghenycounty.us

**Follow us:** allegheny alerts | facebook | instagram | linkedin | twitter | youtube