### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PARNELL, individually and as a candidate for Pennsylvania's 17th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania; LUKE NEGRON, individually and as a candidate for Pennsylvania's 18th Congressional District and on behalf of all citizen electors of Allegheny County, Pennsylvania; BRIAN CHEW; and JAY HAGERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGHENY COUNTY BOARD OF ELECTIONS; RICH FITZGERALD, in his official capacity as County Executive of Allegheny County and as a member of the Allegheny County Board of Elections; SAMUEL DeMARCO III, in his official capacity as a member of the Allegheny County Board of Elections; and BETHANY HALLAM, in her official capacity as a member of the Allegheny County Board of Elections, <br><br> Defendants. | CIVIL ACTION <br><br> Case No.: 2:20-cv-1570 <br><br> The Hon. J. Nicholas Ranjan <br> United States District Judge |

### **AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER**

1. Plaintiffs, Sean Parnell, Luke Negron, Brian Chew, and Jay Hagerman, by and through their undersigned counsel, move this Court to issue a Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65(b) to enjoin Defendants, Allegheny County Board of Elections, Rich Fitzgerald, Samuel DeMarco, III, , and Bethany Hallam, from refusing to issue Watchers and Poll Watchers Certificates and denying Poll Watchers access to Allegheny County's Satellite Voting Offices.

2. Further, Plaintiffs move this Honorable Court for a Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65(b), et seq., to enjoin the Defendants and their agents from continued violations of the Pennsylvania Election Code related to the 28,879 (or more) erroneous ballots cast by mail which are being improperly handled by Defendants and to Order that all of the said 28,879 ballots and their "replacements" be properly marked as "challenged" without requiring the posting of funds by the Plaintiffs, and further providing for the proper handling of all mail-in ballots cast in Allegheny County and in particular the said 28,879 ballots identified as "erroneous."

3. The motion for temporary restraining order is supported by Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief [ECF 28] filed contemporaneously with this Motion and the Affidavits of Chew and Hagerman attached thereto. [ECF 28-2].

4. Plaintiffs request an expedited hearing.

### NOTICE OF HEARING

Plaintiffs will bring present their Amended Motion for a Temporary Restraining Order before the Hon. J. Nicholas Ranjan at a time and place to be determined by the Court.

Respectfully Submitted,

**DILLON, MCCANDLESS, KING, COULTER & GRAHAM, LLP**

*Special Counsel for the Amistad Project of the Thomas More Society*

Dated: October 22, 2020

By: /s/ Thomas W. King, III
Thomas W. King, III
Thomas E. Breth
Jordan P. Shuber

*Counsel for Plaintiffs*