## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN PARNELL, et al., | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | Case No.:  2:20-cv-1570 |
| | ) | |
| v. | ) | The Hon. J. Nicholas Ranjan |
| | ) | United States District Judge |
| ALLEGHENY COUNTY BOARD OF ELECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

1.      On October 23, 2020, the Court held a status conference regarding Plaintiffs' amended motion for temporary restraining order. [ECF 32].

2.      Following the status conference, the Court issued a Scheduling Order. [ECF 50].

3.      Pursuant to the Scheduling Order, the parties were to meet and confer in good faith to determine whether an amicable resolution could be reached. [ECF 50, ¶ 1].

4.      The parties met and conferred throughout the day on October 24, 2020 and October 25, 2020.

5.      As a result of their meeting, the parties were able to reach an amicable resolution.

6.      Accordingly, the parties will be contemporaneously filing a Consent Motion and Consent Order along with this report.

Respectfully Submitted,

**DILLON, MCCANDLESS, KING,**
**COULTER & GRAHAM, LLP**

*Special Counsel for the Amistad*
*Project of the Thomas More Society*

By: /s/ Thomas W. King, III
      Thomas W. King, III
      Thomas E. Breth
      Jordan P. Shuber

*Counsel for Plaintiffs, Sean Parnell, Luke*
*Negron, Brian Chew, and Jay Hagerman*

**DENTONS COHEN & GRIGSBY, P.C.**

By: /s/ Clifford B. Levine
      PA. I.D. No. 33507

*Counsel for Intervenor Defendants,*
*Pennsylvania Democratic Party, Austin*
*Davis, Dan Frankel, and Ed Ganey*

**ALLEGHENY COUNTY LAW DEPARTMENT**

By: /s/ Andrew F. Szefi
      Andrew F. Szefi
      George M. Janocsko
      Virginia Spencer Scott
      Frances M. Liebenguth

*Counsel for Defendants, Allegheny County*
*Board of Elections, Rich Fitzgerald, Samuel*
*DeMarco, III, and Bethany Hallam*

**PERKINS COIE LLP**

By: /s/ Marc Elias
      Marc Elias
      Courtney Elgart*
      Jacob D. Shelly*
      Stephanie Command*
      Torryn Taylor*
      Uzoma Nkem Nkwonta*
      Courtney Elgart*
      *Pro Hac Vice*

**ATTISANO & ROMANO**

By: /s/ Marco S. Attisano
      Marco S. Attisano
      Justin T. Romano

*Counsel for Intervenor Defendants,*
*Democratic Congressional Campaign*
*Committee and Conor Lamb*