# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PARNELL, et al., | ) CIVIL ACTION |
| Plaintiffs, | ) Case No.: 2:20-cv-1570 |
| v. | ) The Hon. J. Nicholas Ranjan |
| ALLEGHENY COUNTY BOARD OF ELECTIONS, et al., | ) United States District Judge |
| Defendants. | ) |

## CONSENT MOTION

1. In compliance with the Court's October 23, 2020, Scheduling Order, the parties met and conferred on Saturday, October 24, 2020 and on Sunday, October 25, 2020.

2. Plaintiffs and Defendants Fitzgerald, DeMarco and Hallam, in their official capacity as the Board of Elections of Allegheny County (hereinafter "parties") were able to reach an amicable resolution of the issues pending before this Honorable Court, subject to the Court's approval of the terms. The Intervenor Defendants having participated in the discussions throughout the weekend do not object to the Motion or Order.

3. The terms of the parties' proposed resolution are detailed within the attached Proposed Consent Order.

4. The parties respectfully request that the Court accept and approve the parties' resolution of this matter and enter the attached Proposed Consent Order as an Order of this Court.

5. The parties also respectfully request that the Court enter an Order of voluntary dismissal of the case pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiffs, Defendants and Intervenor Defendants in the above-captioned matter respectfully request the relief requested herein and all other relief the Court deems appropriate.

Respectfully Submitted,

**DILLON, MCCANDLESS, KING, COULTER & GRAHAM, LLP**

*Special Counsel for the Amistad Project of the Thomas More Society*

By: /s/ Thomas W. King, III
      Thomas W. King, III
      Thomas E. Breth
      Jordan P. Shuber

*Counsel for Plaintiffs, Sean Parnell, Luke Negron, Brian Chew, and Jay Hagerman*

**DENTONS COHEN & GRIGSBY, P.C.**

By: /s/ Clifford B. Levine
      PA. I.D. No. 33507

*Counsel for Intervenor Defendants, Pennsylvania Democratic Party, Austin Davis, Dan Frankel, and Ed Ganey*

**ALLEGHENY COUNTY LAW DEPARTMENT**

By: /s/ Andrew F. Szefi
      Andrew F. Szefi
      George M. Janocsko
      Virginia Spencer Scott
      Frances M. Liebenguth

*Counsel for Defendants, Allegheny County Board of Elections, Rich Fitzgerald, Samuel DeMarco, III, and Bethany Hallam*

**PERKINS COIE LLP**

By: /s/ Marc Elias
      Marc Elias
      Courtney Elgart*
      Jacob D. Shelly*
      Stephanie Command*
      Torryn Taylor*
      Uzoma Nkem Nkwonta*
      Courtney Elgart*
      *Pro Hac Vice*

**ATTISANO & ROMANO**

By: /s/ Marco S. Attisano
      Marco S. Attisano
      Justin T. Romano

*Counsel for Intervenor Defendants, Democratic Congressional Campaign Committee and Conor Lamb*